# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:  RELOCATION OF
MAGISTERIAL DISTRICTS 38-1-07 and
38-2-04 AND CONSOLIDATION OF
FACILITIES FOR MAGISTERIAL
DISTRICTS 38-1-06, 38-1-07 and 38-2-
04 WITHIN THE THIRTY-EIGHTH
JUDICIAL DISTRICT OF THE
COMMONWEALTH OF
PENNSYLVANIA

:    NO. 410
:
:    MAGISTERIAL RULES DOCKET
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 9th day of February 2017, upon consideration of the Petition to Relocate Magisterial District Courts 38-1-07 and 38-2-04 and Consolidate Magisterial Districts 38-1-06, 38-1-07 and 38-2-04 of the Thirty-eighth Judicial District (Montgomery County) of the Commonwealth of Pennsylvania into one facility located at 925 Montgomery Avenue, Narberth, PA it is hereby ORDERED that the Petition is GRANTED, effective November 1, 2016.